# UNITED STATES DISTRICT COURT

## for the

### Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Keith C. Ludrowsky | ) | |
| | ) | |
| | ) | |

1:19 CR 492

JUDGE LIOI

*Defendant*

## WAIVER OF AN INDICTMENT

      I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

      After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____

*Defendant's signature*

_____

*Signature of defendant's attorney*

_____

*Printed name of defendant's attorney*

_____

*Judge's signature*

_____

*Judge's printed name and title*